```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                             Government,       :      12 Cr 945 (RMB)

      - against -                 :      **ORDER**

Charles Winters,
                             Defendant.
------------------------------------------------------------x

The conference is rescheduled from 11:00 am on March 12, 2018 to 11:45 am on March 26, 2018.

Dated: New York, New York
         March 8, 2018

                                                  _RMB_
                                        RICHARD M. BERMAN
                                             U.S.D.J.